Writ denied. Under the facts found by the Court of Appeal, there is no error of law.

267 So.2d 209

**George KARAM**

v.

**ST. PAUL FIRE & MARINE INSURANCE CO. and A. E. Darbonne, Jr.**

No. 52882.

Oct. 19, 1972.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

267 So.2d 210

**TOYE BROS. YELLOW CAB COMPANY**

v.

**CITY OF NEW ORLEANS et al.**

No. 52811.

Oct. 19, 1972.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

McCALEB, C. J., and HAMLIN and SUMMERS, JJ., are of the opinion that a writ should be granted.